UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ADRIANNA ARREAGAS,**

      **Plaintiff,**

**v.**                                        **Case No:  6:16-cv-495-Orl-41TBS**

**DARLING CABARET, LLC,**

      **Defendant.**

                                                  /

**ORDER**

THIS CAUSE is before the Court on the parties' Joint Motion to Review and Approve the Parties' Proposed Settlement (Doc. 45). United States Magistrate Judge Thomas Smith issued a Report and Recommendation (Doc. 46), which recommends that the parties' motion be granted, to which the parties filed a Joint Notice of Non-objection (Doc. 47).

After a *de novo* review of the record in this matter and noting the parties' Joint Notice of Non-objection, the Court agrees entirely with the analysis set forth in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 46) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion to Review and Approve the Parties' Proposed Settlement (Doc. 45) is **GRANTED**, the parties' agreement is **APPROVED**, and this case is **DISMISSED with prejudice**.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on December 2, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record